IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND DURAN,

    Petitioner,               No. 2:12-cv-2852 EFB P

    vs.

K. ALLISON,

    Respondent.          <u>ORDER</u>

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner challenges a conviction in the Tulare County Superior Court and so this action should have been commenced in the district court in Fresno. E.D. Cal. Local Rule 120(d).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule 120(f).

      2. The Clerk of Court shall assign a new case number.

      3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: November 27, 2012.

                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE