UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DURAN, | Case No.: 1:12-cv-01922 LJO GSA HC |
| Petitioner, | ORDER |
| v. | |
| K. ALLISON, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 21, 2012, Petitioner filed the instant federal habeas petition. Respondent filed its answer to the petition on April 30, 2013. In the answer, Respondent references an exhibit attached to the petition as well as lodged documents; however, the answer filed with the Court does not contain an exhibit and documents have not been lodged. These documents are necessary for review of the petition. Therefore, in accordance with the Court's order to respond, Respondent is DIRECTED to file the referenced documents within FIFTEEN (15) days of the date of service of this order.

IT IS SO ORDERED.

1

1
2   Dated:   **May 8, 2013**                                   **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28